Karisma Garcia
Name
High Desert State Prison
Po Box 650
Indian Springs, NV. 89070

68529
Prison Number

```
┌─────────────────────────────────────┐
│ ___ FILED          ___ RECEIVED      │
│ ___ ENTERED        ___ SERVED ON     │
│        COUNSEL/PARTIES OF RECORD     │
│   ┌───────────────────────────┐      │
│   │      FEB - 3 2017          │      │
│   └───────────────────────────┘      │
│     CLERK US DISTRICT COURT          │
│      DISTRICT OF NEVADA              │
│ BY:_____ DEPUTY    │
└─────────────────────────────────────┘
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Karisma Garcia,
                    Plaintiff,

**2:17-cv-00359-APG-CWH**

vs.

The State of Nevada ex rel.
Nevada Dept. of Corrections) et al.
N.D.O.C. Medical Dept.,          )
N.D.O.C. Medical Director (Areans))
(Warden) Brian Williams (H, D, SP)  )
(Warden) Dwight Neven            )
(N.D.O.C. Director) James Dzurenda )
(ex-NDOC Director) James Cox.     )
                                  )
(Does 1 through 40).             )
                    Defendant(s).  )

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO**
**42 U.S.C. § 1983**

(Jury Demand)

### A. JURISDICTION

1)     This complaint alleges that the civil rights of Plaintiff, Karisma Garcia.
                                          (Print Plaintiff's name)

who presently resides at High Desert State Prison _____, were
                          Po Box 650 Indian Springs NV 89070

violated by the actions of the below named individuals which were directed against

Plaintiff at High Desert State Prison, Indian Springs on the following dates
                  (institution/city where violation occurred)

2012 to date , 2012 to date , and 2012 to date
   (Count I)          (Count II)          (Count III)

**Make a copy of this page to provide the below**
**information if you are naming more than five (5) defendants**

1) Defendant The State of Nevada exrel resides at _____,
   (full name of first defendant)          (address if first defendant)
   and is employed as _____. This defendant is sued in his/her
                    (defendant's position and title, if any)
   ☒ individual ☒ official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: To ensure the rights of prisoners are not violated by
   its government employees to include state employees

2) Defendant Nevada Dept of Corrections resides at 3955 W. Russell Road LV NV 89118
   (full name of first defendant)          (address if first defendant)
   and is employed as _____. This defendant is sued in his/her
                    (defendant's position and title, if any)
   ☒ individual ☒ official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: To ensure the rights of prisoners are not violated by its
   employees and staff and medical staff.

3) Defendant James Dzurenda resides at 3955 W Russell Road LV NV 89118
   (full name of first defendant)          (address if first defendant)
   and is employed as NDOC Director. This defendant is sued in his/her
                    (defendant's position and title, if any)
   ☒ individual ☒ official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: To ensure the rights of prisoners are not violated by its
   employees or himself.

4) Defendant Romeo Areans resides at 3955 W. Russell Road LV NV 89118
   (full name of first defendant)          (address if first defendant)
   and is employed as NDOC Medical Director. This defendant is sued in his/her
                    (defendant's position and title, if any)
   ☒ individual ☒ official capacity. (Check one or both). Explain how this defendant was
   acting

   under color of law: To ensure proper medical care of inmates in NDOC and to
   make sure NDOC medical employees and his self do not violate the rights
   of prisoners/patients.

2



**Make a copy of this page to provide the below
information if you are naming more than five (5) defendants**

5 8) Defendant <u>James Cox</u> resides at <u>unKnown</u> ,
     (full name of first defendant)      (address if first defendant)
and is employed as <u>Ex Director of NDOC</u> . This defendant is sued in his/her
     (defendant's position and title, if any)
    <u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: <u>to ensure the rights of prisoners are not violated by employees</u>
<u>staff, medical staff and himself.</u>

6 8) Defendant <u>Dwight Neven</u> resides at <u>3955 W. Russell Road LV, NV 89118</u>
     (full name of first defendant)      (address if first defendant)
and is employed as <u>Warden within NDOC</u> . This defendant is sued in his/her
     (defendant's position and title, if any)
    <u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: <u>to ensure the rights of prisoners are not violated by employees,</u>
<u>staff and medical staff and himself.</u>

7 8) Defendant <u>Sheryl Foster</u> resides at <u>unKnown</u> ,
     (full name of first defendant)      (address if first defendant)
and is employed as <u>Ex director of NDOC</u> . This defendant is sued in his/her
     (defendant's position and title, if any)
    <u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: <u>to ensure the rights of prisoners are not violated by staff,</u>
<u>employees, medical staff and him/herself.</u>

8 8) Defendant <u>Dr. Hoover</u> resides at <u>3955 W. Russell Road LV, NV, 89118</u>
     (full name of first defendant)      (address if first defendant)
and is employed as <u>Psychologists (Psych)</u> . This defendant is sued in his/her
     (defendant's position and title, if any)
    <u>X</u> individual <u>X</u> official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: <u>to ensure the rights of prisoners are not violated by</u>
<u>staff, employees, medical staff and herself.</u>

**2-A**

6) Defendant NDOC Medical Dept. resides at 3955 W. Russell Road LV NV 89118
(full name of first defendant)                    (address if first defendant)
and is employed as NDOC Medical Dept. . This defendant is sued in his/her
(defendant's position and title, if any)
☒ individual ☒ official capacity. (Check one or both). Explain how this defendant was
acting

under color of law: To ensure the rights of prisoners are not violated by providing constitutionally right medical care to inmates/patients in the NDOC

7) Jurisdiction is invoked pursuant to 28 U.S.C. § 1343 (a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional statutes, list them below.

additional statutes - 28 U.S.C. § 242; N.RS. 41.0322;
28 U.S.C § 1343 (a)(3); 42 U.S.C § 1983;

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**B. NATURE OF THE CASE**

1)       Briefly state the background of your case.

I am a inmate whom is Diagnosed with Gender Dysphoria as i am transitioning my gender from Male to Female as i am aTransgender woman. I have been currently and have been being denied "Proper and Adavite" medical care. I am continuosly being told treatments are Not avalible to me other then the medications i was on at time of arrest. Per NDOC Policy. This is a unconstitutional Medical Directive and policy being used in the NDOC. I have continuosly requested to see a Endocrinologist (Hormone Dr) and am denied. I ask for my Hormone levels to be check and am denied. I am continuosly denied Sexal Reassignment surgerys with a reason of its a cosmetic surgery. Which it is not. I am denied proper medical care of my Gender Dysphoria. I tell the NDOC on a regular basis i am having major anxiety and depression everyday do to not being proply treated. And am ignored. This is abuse of my constitutional rights to be protected from cruel and unusual punishment. NDOC is using a "Blanket" Policy.

**C. CAUSE OF ACTION**

3

**COUNT I** / Count 2

The following civil rights has been violated: 8th Amendment to be protected from cruel and unusual punishment/ Equal Protection Clause / 14 amendment deliberate indifference/ Negligence.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

I am a Transgender woman currently housed in High Desert State Prison a "male" Facility. Everyday being abused by NDOC and its Medical Dept for them useing a "Blanket" medical policy. Which is unconstitutional. On or about 2012 through todays date i continue everyday attempting to recieve "proper and adaquite" medical treatment for my Gender Dysphoria (G.D) I have been and continue to be denied proper and progressive treatment for my (G.D) due to as i have been told in responses from medical requests and grievance responses. "No."; NDoc does not provide elective/cosmitic surgeries. As i continue to request Sexual Reassignment surgeries. NDOCs Medical Directives and policies pertaining to Transsexualism are under a "Blanket rule" and "Freeze Frame policy". I have told Psyc. and Medical Dept numerous times of mayor anxiety and depression issues due to not recieveing proper treatment and I am ignored. When i came to prison my breast were larger, I had NO function of my penis. And body hair was minimul. Now due to NDOC-medical Dept. not properly treating me. My breast have shrunk; my body hair is growing all over and my penis now gets partial erections. Which is extreamly emotionally depressing. And have written many medical request for Help. But am ignored. I have written the medical/Psyc. Dept about recieving proper treatment and they always verbally tell me its a medical issue Not psyc. And wont deal with me. I have grieved not being treated properly, and all grievances have been denied and although some grievances may be past timeframe. The denial of proper and constitutional care(medical) The denial of proper and adaquite care (medical) is still continuing today and due to NDOCs rule of only being able to grieve the issue once and it was denied. I cannot grieve the issue anymore. But i am still being denied proper medical treatment of my G.D. which is a serious medical need. (See MERIWETHER v. FAULKNER 821 F.2d. at 414) G.I.D is a serious medical need. And needs to be treated. It is Cruel and unusual punishment and deliberate that I am being ignored, and denied proper medical treatment. Due to a blanket rule and none progression policy that is clearly unconstitutional, deliberate indifference. The Directors office and Medical dept have had numerous chances to address these issues. Which i have proof of them recieving Notice

4

(Counts 1 through 7 continued)

1. of these issues and ignoring them. this is a constitutional violation. I have asked to
2. to be able to purchase and use "Feminine" Items such as (Make up - panties, nail polish) ect.
   all of which are provided for use at the "Born Physically" womans prison. Even though i am
3. a woman. NDOC's policy on G.D. Medical Directive 121 rev. Oct. 16 2014 violates the
   Prison Rape Elimination Act under the 8th amendment and its Implementing regulations
4. by requiring that transgender people/individules be house solely on there genital
   characteristics and violates well established constitutional law and applicable medical
5. standards by categorically limiting access to gender transition-related healthcare regaurdless
   of medical necessity. Further NDOC's policy on property (AR 711.1(5) contains
6. provisions restricting certain possessions to either "Male" or "Female" prisoners which
   is a violation of the 14th Amendment. I have repatdly requested surgical treatment
7. for my G.D. and have explained about the continual distress I go through everyday seeing
   the outside of my body dont match the inside. And am "ALWAYS DENIED" I continue
8. to suffer significant harm daily due to these directives that do not allow me to be properly
   treated. I have included dates and grievances # of these issues and if discovery is
9. allowed i will be able to include all names of Dr's, Nurses, and NDOC staff that have
   been involved or aware of these abuses/constitutional violations. To include dates of
10. events and medical requests other than the ones i have listed between these dates pertaining
    to these violations. On or about 2012 through ⊠Todays date. Grievances # are
    also included with there responses.
11. (Grievance # 2006·30·15774) (Filed 1-17-16) Response "Denied"
12. Per NDOC policy, surgery request/demand need to be approved by the (URC) Utilization
13. Review Committee panel per medical provider's recommendation. Medical provider panel
14. only recommends procedure if it is medically necessary. Unfortuantely, your request does
15. Not qualify. Grievance Denied. I sent the 1st level grievance in on (2-20-16) and
16. as of date still have got "No" response back. 10 months later. This does not qualify
17. for proper medical care. And is clearly showing negligence for my rights. Response of
18. this grievance was from E. Albana (Medical employee)
19. (Grievance # 2006 30 05700) (Filed 8-5-15) response "Denied" Not accepted-Duplicate
    of grievance # 2006 30 02088) response of this grievance was from Jennifer Nash
20. (Grievance # 2006 29 83414) (Filed 7-21-14) (Exhausted 8-3-15) response "Denied"
    (Grievance # 2006 29 02088) (Filed 6-7-15)·                    response "Denied" Mr. Garcia
21. Our current medical Directive 121.02 specifically states that these types of procedures are NOT
    allowed or performed on any inmate. Response of grievance was from - A. BuenCanino, J Murphy
22. Jennifer Nash, R. Arenas. NDOC staff and medical staff.
    (Grievance # 2006·30·14363) Grievance on NDOC Psyc. Dept. (Filed 2-5-16) grievance not
23. accepted - Duplicate of Grievance (RSD*2) Denied. which this is False it was not a duplicate
    so they NDOC wouldn't allow me to grieve the psyc. Dept.
24. (Grievance # 2006·30·02924) Response Exhausted "Denied (1-27-16) response from R. Arenas
    (Grievance # 2006·30·14363) Grievance Denied (RSD*1) RSD means rejected. Filed
25. 2-5-16
    (Grievance # 2006 29 95999) (Filed 3-1-15) Grievance "Denied" (Exhausted 11-2-15) response
26. The suggestion for the requested policy change will be noted and referred to the P.R.E.A Compliance
    office. Informal Response is correct. The use of male pronouns is acceptable practice in a male
27. institution. Currently their are No policies addressing the use of proper or improper use of gender
    Identifying pronouns. Response to this grievance is from J. Howell, Dwight Neven, Shery, Foster,
28. childers.

1  all of the staff listed including medical staff were involved in All the abuses above. And
numerous others I do not Know the names and titles of. Unless discovery is allowed.
2  If not directly involved in the Medical Dept, they were involved as chain of command
superior officer/staff that are and were made aware of these abuses and ignored
3  Denied addressing the constitutional violations. These abuses and the denial of
proper medical care has been happening for years and No one is willing to listen
4  due to this Medical Directive and NDOC's policies.
Counts 1 - 8 violations are all listed together as this is a continuously occuring
5  problem. and all 1 large event with multiple claims.

6  Plaintiff incorporates all evidence and add facts above to all counts 1 - 8

7  and plaintiff incorporates the facts of both case summary and all above.

8  Plaintiff wishes to incorporate all of the documents, witness statements, reports

9  and any other evidence that has been collected and retained by defendants

10  currently not accessable to plaintiff. Plaintiff would also ask leave to

11  amend this complaint with those materials once they are produced by defendants

12  _____

13  The way NDOC medical Dept. is not correctly treating me medically due

14  to my hormone useages they could be Killing me. My hormone levels are

15  not tested or changed for proper body weight age ect. Which could damage

16  my organs internally. These issues have been brought up by me and i am told

17  the Directive Does not allow progressive treatment. Without proper treat

18  ment NDOC and its medical Dept could be Killing me. Aside of the

19  mental and physical torture they are causing me.

20  _____

21  Plaintiff is also adding (Count 10 violation of the American Disabilities

22  Act. -cruel and unusual punishment and Deliberate indifferance,) as

23  Gender Dysphoria (aka) Gender Idenity Dysphoria is recognized as a

24  psychiatric diagnosed disability. Within the DSM-V

25  _____

26  _____

27  _____

28              Page 4-B

**COUNT III / Count 4 / Count 5**

The following civil rights has been violated: 5th, 8th, and 14th Amendment. US constitutional Rights to Adequate Medical Care. violated by Defendants all listed and (Does 1 thru 40) & unknown Defendants.

Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Plaintiff incorporates all evidence and facts within case summary and supporting facts on pages (4) (4A) (4-B) and nature of case on (pg 3) with all counts listed on this page (Count 3; Count 4; Count 5; Count 6; Count 7; Count 8) that are in this complaint. Plaintiff wishes to incorporate all of the document, witness statements; reports; medical file and any other evidenc that has been collected and retained by defendants currently not accessable to plaintiff.

5

COUNT 6 and 7 and 8 and 9

The following civil rights has been violated: Willful intentional and Knowing inflection of Emotional and Physical Distress / Willful intentional and Knowing Deprivation of Civil Rights / Negligence. / Equal Protection Clause / violation of American Disabilities Act.

> Supporting Facts: [Include all fact you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be sure you describe exactly what each specific defendant (by name) did to violate your rights].

Plaintiff incorporates all facts and evidence listed on pages
(# 3), (# 4), (# 4)A (# 4 B) to all above listed counts.
(Count # 6 - Willful intentional and Knowing inflection of emotional and physical Distress)
(Count # 7 Willful intentional and Knowing Deprivation of Civil Rights)
(Count # 8 Negligence)
(Count # 9 Equal Protection Clause)
(Count # 10 violation of American Disabilities Act)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you filed other actions in state or federal courts involving the **same or similar facts** as involved in this action? ____ Yes  ✗ No.  If your answer is "Yes", describe each lawsuit.  (If more than one, describe the others on an additional page following the below

6

outline).

a)    Defendants: _____

b)    Name of court and docket number: _____

c)    Disposition (for example, was the case dismissed , appealed or is it still pending?):

        _____

d)    Issues raised: _____

        _____

        _____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

2)    Have you filed an action in federal court that was **dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?** ____ Yes  _X_ No. If your answer is "Yes", describe each lawsuit. (If you had more than three actions dismissed based on the above reasons, describe the others on an additional page following the below outline.)

Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)    The case was dismissed because it was found to be (check one): _____ frivolous ____ malicious or ____ failed to state a claim upon which relief could be granted.

d)    Issues raised: _____

        _____

e)    Approximate date it was filed: _____

f)    Approximate date of disposition: _____

Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:

a)    Defendants: _____.

b)    Name of court and case number: _____.

c)  The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:

a)  Defendants: _____.

b)  Name of court and case number: _____.

c)  The case was dismissed because it was found to be (check one): _____ frivolous _____ malicious or _____ failed to state a claim upon which relief could be granted.

d)  Issues raised: _____

_____

e)  Approximate date it was filed: _____

f)  Approximate date of disposition: _____

3)  Have you attempted to resolve the dispute stated in this action by seeking relief from the proper administrative officials, e.g., have you exhausted available administrative grievance procedures? _X_ Yes ___ No. If your answer is "No", did you not attempt administrative relief because the dispute involved the validity of a: (1) ___ disciplinary hearing; (2) ___ state or federal court decision; (3) ___ state or federal law or regulation; (4) ___ parole board decision; or (5) ___ other _____
If your answer is "Yes", provide the following information. Grievance Number _Grievances are listed in complaint on pg 4-A_
Date and institution where grievance was filed _H.D.S.P ; W.S.C.C._.

Response to grievance: _All grievances denied._____

_____

_____

8

------------------

### E. REQUEST FOR RELIEF

I believe that I am entitled to the following relief:

① Punitive Damages in excess of 10,000 .00 per defendant per violation
② Compensitory Damages in excess of 10,000 .00 per defendant per violation
③ Declaratory Judgment As to all cost
④ Seperate Damages for willful, Intentional and Knowing Deprivation of Civil Rights
⑤ Seperate Damages for Intentional inflection of Emotional and Physical Distress - per defendant
⑥ Gender reassignment surgery, Hair removal, Breast implants,
⑦ Injunctive Relief -
⑧ All attorney fees, costs, postage, copy cost,

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** See 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____
(Name of Person who prepared or helped
prepare this complaint if not Plaintiff)

_____
(Signature of Plaintiff)

Janary 25th 2017
(Date)

------------------
(Additional space if needed; identify what is being continued)

⑨ Release
⑩ Transfer to another prison of choice
⑪ Write proper policys for NDOC treatment of Transgender inmates, to include Medical Directives,

9

I Karisma Garcia on the __25th__ day of _January_, 2017 placed a copy of the following 42 USC § 1983 in the mail at the High Desert State Prison. Using US first class postage to the following:

Attorney Generals office      Nevada Dept of corrections

The State of Nevada         Director James Dzurenda

                          NDOC medical Dept (Dr. Areans)

                          Dwight Neven (Warden)

                          Brian Williams (Warden)

Karisma Garcia

Jan 25, 2017

Legal Mail

Haijsma Garcia # 68529
H.D.S.P
Po Box 650
Indian Springs, Nevada.
89070

Clerk, U.S. District Court
District of Nevada
333 Las Vegas Blvd. South
Las Vegas, Nevada.
89101