# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KARISMA GARCIA,

    Plaintiff,

v.

STATE OF NEVADA, et al.,

    Defendants.

Case No. 2:17-cv-00359-APG-CWH

**ORDER**

## I. DISCUSSION

In its March 9, 2018 Screening Order, the Court ordered Plaintiff to file her amended complaint within 30 days of the date of that order. (ECF No. 4 at 14). The amended complaint therefore is due on April 9, 2018. The Court also advised Plaintiff that, if she did not file the amended complaint by that deadline, the action would be dismissed for failure to state a claim. (*Id.*) Plaintiff has filed a motion for an extension of time until May 22, 2018 to file her amended complaint. (ECF No. 7 at 1). The Court grants the motion. Plaintiff shall file her amended complaint on or before May 22, 2018.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 7) is granted. Plaintiff shall file her amended complaint on or before May 22, 2018.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that failure to comply with this order will result in a recommendation that the case be dismissed.

DATED: March 30, 2018

_____
United States Magistrate Judge