1  LISA A. RASMUSSEN, ESQ.
2  Nevada Bar No. 7491
   **Law Office of Lisa Rasmussen**
3  601 South Tenth Street, Suite 100
4  Las Vegas, NV  89101
   Tel. (702) 471-1436
5  Fax. (702) 489-6619
6  Email:  Lisa@LRasmussenLaw.com

7  Attorneys for Karisma Garcia

8

9
                    **UNITED STATES DISTRICT COURT**
10
                            **DISTRICT OF NEVADA**
11

12

13
   KARISMA GARCIA,                          Case No.: 2:17-CR-00359 APG-CWH
14
                  Plaintiff,
15
                                            **NOTICE OF APPEARANCE**
16 vs.

17 STATE OF NEVADA, ET AL,

18                Defendants.

19

20         The undersigned, Lisa A. Rasmussen, hereby enters her appearance for all
21
   purposes on behalf of the Plaintiff, Karisma Garcia.  Please ensure that all pleadings are
22
23 noticed to the undersigned.

24         Respectfully submitted this 18th day of April, 2019.

25

26
                                  **Law Office of Lisa Rasmussen,**
27

28
   NOTICE OF APPEARANCE - 1

                                        */s/ Lisa A. Rasmussen*
                                        LISA A. RASMUSEN, ESQ.
                                        Nevada Bar No. 7491
                                        Attorneys for Susan Siegel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing NOTICE OF APPEARANCE, upon all persons registered to receive CM/ECF service in this case, as required by local rule, including, but not limited to:

Aaron D. Ford, Attorney General

Matthew P. Feeley, Deputy Attorney General

    Dated this 18TH day of April, 2019.

                                        */s/ Lisa A. Rasmussen*

                                        LISA A. RASMUSSEN, ESQ.