1  AARON D. FORD
     Attorney General
2  MATTHEW P. FEELEY (Bar No. 13336)
     Deputy Attorney General
3  State of Nevada
   Office of the Attorney General
4  555 East Washington Avenue
   Suite 3900
5  Las Vegas, Nevada  89101
   (702) 486-3120 (phone)
6  (702) 486-3773 (fax)
   Email:  mfeeley@ag.nv.gov

*Attorneys for Defendants
James Dzurenda, Jennifer Nash,
Dr. Laurie Hoover, and Dr. Gregory Bryan*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARISMA GARCIA,, <br><br>    Plaintiff, <br><br> vs. <br><br> STATE OF NEVADA,, et al., <br><br>    Defendants. | CASE NO. 2:17-cv-00359-APG-CWH <br><br> **STIPULATION AND ORDER TO CONTINUE EARLY MEDIATION CONFERENCE** <br><br> **(Defendant's First Request)** |

Defendants, James Dzurenda, Jennifer Nash, Dr. Laurie Hoover, and Dr. Gregory Bryan, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Matthew P. Feeley, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Plaintiff, Karisma Garcia, through her attorney of record, Lisa A. Rasmussen, Esq., of the Law Office of Lisa Rasmussen, hereby submit their Stipulation and Order to Continue the Early Mediation Conference (Defendant's First Request).

///

///

///

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. BACKGROUND

This is an inmate civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff, Karisma Garcia, is an inmate in the custody of the Nevada Department of Corrections (NDOC), housed at Northern Nevada Correctional Center (NNCC). The Complaint alleges a Fourteenth Amendment Equal Protection violation, and claims Eighth Amendment Medical Indifference to a Serious Medical Need violation.

## II. RELEVANT PROCEDURAL HISTORY

On May 30, 2018, Plaintiff, *Pro Se*, filed an Amended Civil Rights Complaint pursuant to 42 U.S.C. § 1983. ECF No. 10.

On March 22, 2019, the Court issued its Screening Order. ECF No. 11.

On April 12, 2019, Lisa A. Rasmussen, Esq., of the Law Office of Lisa Rasmussen, filed a Notice of Appearance on behalf of Plaintiff. ECF No. 14.

On April 24, 2019, the Court issued an Order Setting Inmate Early Mediation Conference. The Conference was set for June 14, 2019. ECF No. 16.

The Parties now bring this Stipulation to Continue the Early Mediation Conference.

## III. ARGUMENT

The parties submit that there is good cause to continue the dates set in the Court's Order Setting an Inmate Early Mediation Conference. ECF No. 16. Counsel for both parties have separate engagements that prevent them from being able to comply with the dates set forth in the Court's Order.

Additionally, pursuant to the Scheduling Order, the Deputy Attorney General that has been assigned this case has contacted Plaintiff's counsel to meet and confer about the mediation process and settlement options. *See* ECF No. 16 at 4. Counsel spoke briefly but were unable to conduct any meaningful settlement discussions and will not be able to do so prior to the deadline to submit the Early Mediation Statements of May 31, 2019. Counsel requests additional time to conduct further settlement discussions.

///

## IV. CONCLUSION

This Court has set an Early Mediation Conference for June 14, 2019, and set the deadline to submit Mediation Statements to May 31, 2019. ECF No. 16.

Wherefore, the parties submit that there is good cause for the extension of additional time to extend these deadlines. Counsel for both parties have scheduling conflicts and additionally request more time to meet and confer to discuss a potential settlement. This request for an extension of time is made in good faith and not for the purpose of undue delay.

The parties respectfully request that this Court grant their request to continue the date of the Early Mediation Conference to a later date.

| Dated 30th day of May, 2019. | Dated 30th day of May, 2019. |
|---|---|
| By: /s/ Lisa A. Rasmussen<br>Lisa A. Rasmussen, Esq.<br>Law Office of Lisa Rasmussen<br>601 South Tenth Street, Ste. 100<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | By: /s/ Matthew P. Feeley<br>Matthew P. Feeley, Esq.<br>Deputy Attorney General<br>Office of the Nevada Attorney General<br>555 E. Washington Avenue, #3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

**IT SO ORDERED.**

Dated this 31 day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

IT IS FURTHER ORDERED that the Early Mediation Conference is continued to July 12, 2019 at 8:30 a.m. The mediation statements must be received by Judge Hoffman's chambers no later than 4:00 p.m., on Friday, June 28, 2019.