Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
**The Law Offices of Kristina**
**Wildeveld & Associates**
550 E Charleston Blvd. Suite A
Las Vegas, NV  89104
Tel. (702) 222-0007
Fax. (702) 222-0001
Email:  Lisa@LRasmussenLaw.com

Attorneys for Karisma Garcia

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARISMA GARCIA, <br><br>                     Plaintiff, <br><br>       vs. <br><br> JAMES COX,  et al, <br><br>                Defendants. | Case No.: 2:17-CV-00359 APG-VCF <br><br><br> **REVISED SCHEDULING ORDER** |

Based upon the stipulation of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the deadline for fact discovery to be disclosed, any written discovery responses and depositions to be concluded is hereby extended to Friday, January 8, 2021.

IT IS FUTHER ORDERED that the dispositive motion deadline is extended to Monday, February 8, 2021.

. . .

. . .

REVISED SCHEDULING ORDER - 1

1

     IT IS FURTHER ORDERED that the last day to file the Joint Pretrial Order is

2

extended to Wednesday, March 10, 2020, or that this date be suspended until 30 days

3

after a decision is made on any dispositive motions that the parties may file.

4

Dated: _10-2-2020_____

5

6

_____

7

The Honorable Cam Ferenbach

8

United States Magistrate Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REVISED SCHEDULING ORDER - 2