Lisa A. Rasmussen, Esq.
Nevada Bar No. 7491
**The Law Offices of Kristina**
**Wildeveld & Associates**
550 E Charleston Blvd. Suite A
Las Vegas, NV  89104
Tel. (702) 222-0007
Fax. (702) 222-0001

Email:  Lisa@LRasmussenLaw.com

Attorneys for Karisma Garcia

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARISMA GARCIA,<br><br>          Plaintiff,<br><br>     vs.<br><br>JAMES COX,  et al,<br><br>          Defendants. | Case No.: 2:17-CV-00359 APG-CWH<br><br><br>**UNOPPOSED MOTION TO VOLUNTARILY DISMISS DEFENDANTS DAVID MAR AND SYLVIA IRVIN** |

        Plaintiff KARISMA GARCIA, by and through her counsel, Lisa Rasmussen of the Law Offices of Kristina Wildeveld & Associates, hereby files this unopposed Motion seeking an order entering the dismissal, of Defendants David Mar and Sylvia Irvin only.

        These two defendants are not represented by the state and were not served with a copy of the Complaint and Summons in this matter.  The state is not opposed to this Motion.

UNOPPOSED MOTION TO VOLUNTARILY DISMISS DEFENDANTS DAVID MAR AND SYLVIA IRVIN - 1

Dated this 2nd day of October, 2020.

THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES,

/s/ Lisa A. Rasmussen

LISA A. RASMUSSEN, ESQ.
NEVADA BAR NO. 7491
ATTORNEYS FOR KARISMA GARCIA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing:  Unopposed Motion for Voluntary Dismissal of Mar and Irvin, via CM/ECF, on this 2nd day of October, 2020, upon the following persons:

Mr. Matthew Feeley, Deputy Attorney General

/s/ Lisa A. Rasmussen

_____

LISA A. RASMUSSEN, ESQ.

IT IS SO ORDERED.

DATED: October 5, 2020.

_____

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

UNOPPOSED MOTION TO VOLUNTARILY DISMISS DEFENDANTS DAVID MAR AND SYLVIA IRVIN - 2