AARON D. FORD
  Attorney General
KATLYN M. BRADY (Bar No. 14173)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-0661 (phone)
(702) 486-3773 (fax)
Email: katlynbrady@ag.nv.gov

*Attorneys for Defendants
Brian Williams, Isidro Baca,
Megan Sullivan, Daron Franklin,
Lisa Walsh, James Cox, James
Dzurenda, Dwight Neven, Romeo
Aranas, Gregory Bryan, Jennifer
Nash, Laurie Hoover, and Sheryl
Foster*

LISA A. RASMUSSEN, Esq.
Law Offices of Kristina Wildeveld & Associates
550 E. Charleston Blvd.
Las Vegas, NV  89101
T. (702) 222-0007 | F. (702) 222-0001
www.veldlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KARISMA GARCIA, | Case No. 2:17-cv-00359-APG-VCF |
| Plaintiff, | |
| vs. | **JOINT MOTION TO EXTEND DISPOSTIVE MOTION DEADLINE (FIFTH REQUEST)** |
| STATE OF NEVADA, et al., | |
| Defendants. | |

The Parties hereby move to extend the time to complete dispositive motions from June 1, 2021, to August 2, 2021. Good cause supports this extension request as it will allow the parties to engage in settlement discussions to resolve this matter.

Page **1** of 4

## I. PROCEDURAL POSTURE

### A. Discovery Completed Pursuant To Local Rule 26-3[1]

To date, Garcia disclosed all of the documents in her possession on July 6, 2020. Defendants disclosed all of the documents in its possession on August 11, 2020. Defendants provided Garcia with a PDF of all prison medical files on January 26, 2021. Garcia provided a first supplement to her initial disclosures on March 26, 2021.

### B. Reasons That Dispositive Motions Cannot Be Completed Within The Date Set By Scheduling Order

On Friday, May 21, 2021, Senior Deputy Attorney General Katlyn M. Brady was assigned to assist in this matter and draft any dispositive motions. Counsel spent the following weekend, and several workdays, familiarizing herself with this matter.

Further, defense counsel and plaintiff's counsel have begun preliminary discussions regarding settling this matter prior to dispositive motions. Both parties believe a settlement in this matter may be possible. Thus, both parties have agreed to extend the deadline for dispositive motions to allow for settlement discussions.

///

---

[1] LR 26-3. EXTENSION OF SCHEDULED DEADLINES:

> A motion or stipulation to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR IA 6-1, be supported by a showing of good cause for the extension. A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect. A motion or stipulation to extend a discovery deadline or to reopen discovery must include:
> (a) A statement specifying the discovery completed;
> (b) A specific description of the discovery that remains to be completed;
> (c) The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and
> (d) A proposed schedule for completing all remaining discovery.

### C. Remaining Discovery

There is no remaining discovery, and the Parties do not anticipate circumstances that would warrant a request to reopen.

### D. Proposed Schedule

- Dispositive Motion Deadline                              August 2, 2021
- Joint Pretrial Order Deadline                               September 1, 2021[2]

## II. GOOD CAUSE EXISTS TO EXTEND PENDING DEADLINES[3]

The parties submit that the ongoing settlement discussions constitute good cause to extend the dispositive motion deadline. This will allow the parties to prioritize settlement negotiations and will avoid the added costs of preparing or defending a dispositive motion.

///

///

///

///

///

///

///

///

///

///

---

[2] **LR 26-1(b)(5):**
Unless the discovery plan otherwise provides and the court so orders, the deadline for the joint pretrial order is 30 days after the dispositive-motion deadline. If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order

[3] **Rule 6(b), Fed. R. Civ. Proc.**
Rule 6(b)(1), Fed. R. Civ. Pro., governs extensions of time:
When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

## III. CONCLUSION

Based upon the foregoing reasons, the Parties request that this Court grant the requested relief and continue deadlines as requested herein.

| | |
|---|---|
| DATED this 1st day of June, 2021<br><br>By: /s/ Lisa A. Rasmussen<br>Lisa A. Rasmussen, Esq.<br>Law Offices of Kristina Wildeveld & Associates<br>550 E. Charleston Blvd.<br>Las Vegas, NV 89101<br>T. (702) 222-0007 \| F. (702) 222-0001<br>www.veldlaw.com<br>*Attorneys for Plaintiff* | DATED this 1st day of June, 2021<br><br>By: /s/ Katlyn M. Brady<br>KATLYN M. BRADY<br>Senior Deputy Attorney General<br>Office of the Nevada Attorney General<br>555 E. Washington Avenue, #3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATE: 6-3-2021